```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

DIAMOND CHAVANNES,
                Plaintiff,        21-cv-5060 (JGK)

    - against -                  <u>ORDER</u>

THE BRONX PARENT HOUSING NETWORK,
INC. ET AL.,
                Defendant.
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiff may file an amended complaint by September 24, 2021. The time for the defendants to move or answer the complaint is October 15, 2021. If the defendants seek to move to dismiss, they should seek a conference prior to October 15, 2021. The September 22, 2021, conference is cancelled.

SO ORDERED.
Dated:    New York, New York
          September 3, 2021

                                            _____
                                                John G. Koeltl
                                      United States District Judge