```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

DIAMOND CHAVANNES,

              Plaintiff,        21-cv-5060 (JGK)

    - against -              AMENDED ORDER

THE BRONX PARENT HOUSING NETWORK,
INC. ET AL.,

              Defendants.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint by September 24, 2021. The time for the defendants to move or answer the complaint is October 15, 2021. If the defendants seek to move to dismiss, they should seek a conference prior to October 15, 2021. The September 22, 2021, conference is canceled.

SO ORDERED.
Dated:    New York, New York
          September 13, 2021

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                            United States District Judge