UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND CHAVANNES,

                Plaintiff,

       - against -

THE BRONX PARENT HOUSING NETWORK,
INC. ET AL.,

                Defendants.

21-cv-5060 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for Tuesday, September 28 at 3:30 p.m. is canceled.

SO ORDERED.

Dated:    New York, New York
            September 24, 2021

                                              John G. Koeltl
                                   United States District Judge