```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DIAMOND CHAVANNES,

                Plaintiff,

    - against -

THE BRONX PARENT HOUSING NETWORK, INC., ET AL.,

                Defendants.

21-cv-5060 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff may file an amended complaint. Should she decide to do so, she must file the complaint by **November 22, 2021**. The defendants should answer or move to dismiss the amended complaint by **January 14, 2022**. The defendants do not need to request a pre-motion conference.

If the defendants move to dismiss the complaint, the plaintiff should respond by **February 4, 2022**. The defendants may reply by **February 18, 2022**.

If the defendants answer the complaint, the parties should file a Rule 26(f) report by **February 4, 2022**.

SO ORDERED.

Dated:    New York, New York
            October 26, 2021

                                            John G. Koeltl
                                        United States District Judge