UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAMOND CHAVANNES,

        Plaintiff,

- against -

THE BRONX PARENT HOUSING NETWORK, INC., ET AL.,

        Defendants.

---

21-cv-5060 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should provide the Court with an update as to the status of the mediation by June 14, 2022.

SO ORDERED.

Dated:    New York, New York
            June 7, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge