UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAMOND CHAVANNES,

              Plaintiff,

   - against -

THE BRONX PARENT HOUSING NETWORK,
INC., ET AL.

             Defendant.

21-cv-5060 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status report by August 9, 2022.

SO ORDERED.

Dated:    New York, New York
            August 5, 2022

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                    United States District Judge