UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAMOND CHAVANNES,

                Plaintiff,

      - against -

THE BRONX PARENT HOUSING NETWORK, INC., et al.,

                Defendants.

21-cv-5060 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    It having been reported to this Court that the plaintiff Diamond Chavannes and certain defendants – namely, The Bronx Parent Housing Network, Inc., Victor Rivera, Candia Richards Clarke, Mario Palumbo, and Daniel Tietz (the "Settling Defendants") – have settled this action, it is, on this 9th day of September, 2022, hereby ordered that this matter be discontinued with prejudice with respect to the Settling Defendants but without costs; provided, however, that within 30 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

    Any application to reopen must be filed within thirty (30) days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the

settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions between the plaintiff and the Settling Defendants are dismissed as moot. All conferences are canceled.

**SO ORDERED.**

Dated: New York, New York
September 9, 2022

/s/ John G. Koeltl
John G. Koeltl
United States District Judge