```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DIAMOND CHAVANNES,

              Plaintiff,

  - against -

THE BRONX PARENT HOUSING NETWORK, INC., ET AL.,

              Defendants.

21-cv-5060 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The remaining parties are directed to provide a status report by **January 13, 2023**.

SO ORDERED.

Dated:    New York, New York
          December 19, 2022

                                      John G. Koeltl
                              United States District Judge