# DeToffol & Gittleman

_____ ATTORNEYS AT LAW _____

| 125 Maiden Lane - Suite 5C | www.ddtlaw.com | telephone (212) 962 - 2220 |
| New York, New York  10038 | | facsimile   (212) 962 - 22210 |

December 21, 2022

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

re:   Status - Request for Closure of Case
      **Chavannes v. Bronx Parent Housing Network, et al.**
      **SDNY Case No. 1:21-cv-05060-JGK**

Dear Hon. Judge Koeltl:

   This office represents Plaintiff Diamond Chavannes.  Plaintiff requests this matter be closed.

   The Second Amended Complaint against Defendant The City Of New York was dismissed [*ECF Doc. 99*].  The Plaintiff reached a resolution as to the remaining parties: therefore, this Court dismissed the claims against Defendants The Bronx Parent Housing Network, Inc., Victor Rivera, Candia Richards Clarke, Mario Palumbo, and Daniel Tietz [*ECF Doc. 100*].

   Thank you for your consideration.

                                          Respectfully submitted,

                                          s/ Joshua Gittleman, Esq.